June 25, 2015

03-15-00215-CV
TC #C-1-CV-15-000869
Lenny Acevedo v. Federal National Mortgage Association a/k/a Fannie Mae

I have received the notice for the above styled case. As of

today I have not received payment for the court reporter's

record in this case.

Please contact me if you have any further questions.

Thank you,

*Amanda Anderson, CSR*

Official Court Reporter

County Court at Law No. 2

Travis County, Texas

1000 Guadalupe St., Rm 211

Austin, Texas 78701

512 854-9250

FAX: 512 854-4724